In the Matter of HAROLD GORDON, Respondent, v. STATE UNIVERSITY OF NEW YORK AT BUFFALO et al., Appellants.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.